## 6547.   HAUGABOOK *v.* THE STATE.

RUSSELL, C. J.   The evidence authorized the verdict.   There was no material error in the trial.   The alleged newly discovered evidence is not such as would probably produce a different result.   The court did not err in overruling the motion for a new trial.     *Judgment affirmed.*
DECIDED DECEMBER 9, 1915.

Indictment for misdemeanor; from Dougherty superior court— Judge Cox.   April 2, 1915.

*Pottle & Hofmayer,* for plaintiff in error.

*R. C. Bell, solicitor-general, H. A. Peacock, F. A. Hooper,* contra.

---

## 6835.   GIBSON *v.* THE STATE.

WADE, J.   The evidence authorized the verdict.   There is no substantial merit in any of the several special assignments of error.   The trial judge did not err in overruling the motion for a new trial.
*Judgment affirmed.*
DECIDED DECEMBER 9, 1915.

Conviction of manslaughter; from Habersham superior court— Judge J. B. Jones.   May 4, 1915.

*J. C. Edwards & Sons,* for plaintiff in error.

*Robert McMillan, solicitor-general,* contra.